IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02581-REB-CBS

WILLIAM WASSMUND,

    Plaintiff,

v.

BWAB, INC.,
a Colorado corporation, and
UNIVERSAL DEVELOPMENT CO., LLC,
a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED the Stipulated Motion for Entry of Protective Order (*doc. no. 15)* is GRANTED. The Stipulated Protective Order submitted January 13, 2011, (*doc. # 15-1)* shall be signed and entered on this date.

    IT IS FURTHER ORDERED that parties MUST fully comply with all provisions of D.C.ColoL.CivR. 7.2, specifically those provisions dealing with filing documents under seal.

**DATED:**     January 18, 2011