**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-02581-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 10, 2011** | **Courtroom Deputy:** Linda Kahoe |

WILLIAM WASSMUND,                                Brian Thomas Moore

    Plaintiff,

    v.

BWAB, INC.,                                                  Zhonette M. Brown
UNIVERSAL DEVELOPMENT CO., LLC,          Susan M. Schaecher
                                                                         Elisa Chen

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session:     1:30 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding Universal Development Co., LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond, doc #[27], filed 2/1/2011.

**ORDERED:**  Universal Development Co., LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond, doc #[27], is **GRANTED.** Universal Development Co., LLC shall have up to and including **FEBRUARY 22, 2011** to answer or otherwise respond to Plaintiff's Complaint.

Discussion regarding Plaintiff's Motion to Strike BWAB, Inc.'s Affirmative Defenses, doc #[21], files 1/20/2011.

**ORDERED:**  Plaintiff's Motion to Strike BWAB, Inc.'s Affirmative Defenses, doc #[21], is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**  Within 7 days of today's date, counsel for Plaintiff and BWAB shall hold a Rule 26(f) conference. Based on that discussion, counsel for BWAB shall send a letter to Plaintiff's counsel indicating which of the affirmative defenses are no longer being asserted or pursued by BWAB. At that time, counsel should decide whether to move to strike or to pursue discovery.

Discussion regarding the Stipulated Protective Order. The courtroom deputy states that the

docket shows a Stipulated Protective Order, doc #[18], was signed on January 18, 2011.

HEARING CONCLUDED.
**Court in recess**:	**1:45 p.m.**
Total time in court:	00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.