IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02581-REB-CBS

WILLIAM WASSMUND,

    Plaintiff,

v.

BWAB, INC.,
a Colorado corporation, and
UNIVERSAL DEVELOPMENT CO, LLC,
a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on the parties' Stipulated Motion to Vacate Hearing and Notice of Settlement (*doc # 66*), filed April 6, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  The Motions Hearing currently set for May 12, 2011 is VACATED, and proceedings in this action are stayed until May 19, 2011.

    IT IS FURTHER ORDERED that the parties shall file appropriate dismissal paperwork pursuant to Fed. R. Civ. P. 41 on or before **May 19, 2011**.

**DATED:**    May 9, 2011