**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02581-REB-CBS

WILLIAM WASSMUND,

    Plaintiff,

v.

BWAB, INC., a Colorado corporation, and
UNIVERSAL DEVELOPMENT CO., LLC, a Colorado limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#69] filed May 16, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#69] filed May 16, 2011, is **APPROVED**;

    2. That the Trial Preparation Conference set for January 6, 2012, is **VACATED**;

    3. That the jury trial set to commence January 23, 2012, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

    5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated May 16, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge